UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:10 CR 373 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| RENE MORALES-RODRIGUEZ, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White, regarding the change of plea hearing of Rene Morales-Rodriguez, which was referred to the Magistrate Judge with the consent of the parties.

On August 31, 2010, the government filed a One-Count Indictment, charging Defendant Rene Morales-Rodriguez, with Reentry of Deported Alien in violation of Title 8 United States Code, Section 1326.  Defendant Morales-Rodriguez was arraigned on September 8, 2010, and entered a plea of not guilty to count 1, before Magistrate Judge Nancy A. Vecchiarelli.  On October 20, 2010, Magistrate Judge Greg White, received Defendant Morales-Rodriguez's plea of guilty to count1 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Rene Morales-Rodriguez is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Morales-Rodriguez is adjudged guilty to Count 1of the Indictment, in violation of Title 8 United States Code, Section 1326. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on January 7, 2011, at 10:30 a.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

December 9, 2010